1  JASON J. BUCCAT, ESQ (No. 255660)
   **DOWNTOWN L.A. LAW GROUP, LLP**
2  612 South Broadway
   Los Angeles, CA 90015
3  Telephone: 213-389-3765
   Facsimile: 877-389-2775
4  jason@downtownlalaw.com

5  Attorneys for Plaintiff
   MONTSERRAT PADILLA CABALLERO

<br>

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MONTSERRAT PADILLA CABALLERO, an individual, | Case No. 5:24-cv-04476-NW |
|---|---|
| Plaintiff, | [Assigned to Hon. Noel Wise] |
| v. | **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| LARK AVENUE CAR WASH | |
| Defendants. | Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY and between Plaintiff MONTSERRAT PADILLA CABALLERO, and Defendant LARK AVENUE CAR WASH (the "Parties") by and through their attorneys of records, that the above-captioned action be dismissed in its entirety with prejudice as to all claims and all parties pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each party shall bear their own attorneys' fees and costs.

Dated:  June 3, 2025         Respectfully submitted,


DOWNTOWN LA LAW GROUP, LLP


By:    /S/
          Jason J. Buccat, Esq.
          Attorney for Plaintiff,
MONTSERRAT PADILLA CABALLERO


Dated:  June 3, 2025         Respectfully submitted,


**LITTLER MENDELSON, P.C.**


By:    /S/
          Elisa Nadeau , Esq.
          Yuri Choy, Esq.
          Attorney for Defendant,
          LARK AVENUE CAR WASH

# CERTIFICATE OF SERVICE

*Padilla v. Lark Avenue Car Wash*
Case No.: 5:24-cv-04476-NW

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the State of California. I am over the age of 18 and not a party to the within action; my business address is 612 South Broadway, Los Angeles, California 90014

On June 10, 2025, I served the following document(s): STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE

I served the documents on the following persons at the following addresses: (Including fax numbers and e-mail addresses, if applicable):

Elisa Nadeau, Bar No. 199000
enadeau@littler.com
Yuri Choy, Bar No. 257811
ychoy@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant LARK AVENUE CAR WASH

The documents were served by the following means:

☑ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system will send notification of this filing to the person(s) listed below.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

/s/ Sonia Stein
SONIA STEIN

---

CASE NO.: 5:24-cv-04476-NW    STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTSERRAT PADILLA CABALLERO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARK AVENUE CAR WASH<br><br>　　　　　Defendants. | **Case No. 5:24-cv-04476-NW**<br><br>[Assigned to Hon. Noel Wise]<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>Complaint Filed: July 24, 2024<br>Trial Date:　　 Not Set |

Having considered the stipulation to dismiss the case with prejudice, the Court hereby dismisses the above-captioned matter with prejudice pursuant to the parties' stipulation.

Dated: June _12_, 2025

_____
Hon. Noel Wise
United States District Judge

1
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE